## UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

## MONROE DIVISION

| | |
|---|---|
| NAFESSA H. NAYLOR | CIVIL ACTION NO. 16-0817 |
| VERSUS | JUDGE ROBERT G. JAMES |
| LEE HARRELL, ET AL. | MAG. JUDGE KAREN L. HAYES |

### JUDGMENT

For the reasons set forth in the Ruling and for those additional reasons in the Report and Recommendation of the Magistrate Judge, which this Court has adopted,

IT IS ORDERED that Plaintiff's Motion Requesting Voluntary Dismissal Without Prejudice [Doc. No. 32] is DENIED.

IT IS FURTHER ORDERED, ADJUDGED, and DECREED that the motions to dismiss for failure to state a claim for which relief can be granted, FED. R. CIV. P. 12(b)(6) [Doc Nos. 12, 15, 17, & 19], filed by Defendants Attorney General Jeff Landry, Judge Terry Doughty, State Trooper Daniel Grisson, James Berry, Michael Wilson, James Adcock and Lt. Terry Parrish are GRANTED, and Plaintiff Nafeesa Naylor's claims are hereby DISMISSED WITH PREJUDICE.

IT IS FURTHER ORDERED, ADJUDGED, and DECREED that Plaintiff's claims against Defendants Lucille Walker, Dewey Allen, William Scott Hunt, and Lee Harrell are DISMISSED WITH PREJUDICE.

IT IS FURTHER ORDERED, ADJUDGED, and DECREED that Plaintiff's ineffective assistance of counsel claim is hereby DISMISSED WITH PREJUDICE.

MONROE, LOUISIANA, this 31st day of January, 2017.

_____
**ROBERT G. JAMES**
**UNITED STATES DISTRICT JUDGE**